STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Lawrence N. Curtis
Attorney at Law
P. O. Box 80247
Lafayette LA 70598-0247

J. Quentin Simon
Attorney at Law
P. O. Drawer 52851
Lafayette LA 70505-2851

**REHEARING ACTION: November 18, 2009**

**Docket Number: 09  00346-CA**

**J. QUENTIN SIMON
VERSUS
MACRO OIL COMPANY, INC.**

**Appealed from Lafayette Parish Case No. 2008CV00938**

**BEFORE JUDGES:**

Hon. John D. Saunders
Hon. Jimmie C. Peters
Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **J. Quentin Simon** has this day been

**DENIED.**

cc: Kevin M. Dills, Counsel for the Appellant